1  John S. Delikanakis, Esq.
   Nevada Bar No. 5928
2  Christian Ogata, Esq.
   Nevada Bar No. 15612
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email:  jdelikanakis@swlaw.com
6          cogata@swlaw.com

7  David G. Barker, Esq. (*Admitted Pro Hac Vice*)
   Rachel Peters Pugel, Esq. (*Admitted Pro Hac Vice*)
8  SNELL & WILMER L.L.P.
   One Arizona Center
9  400 E. Van Buren Street
   Phoenix, Arizona 85004
10 Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
11 Email:  dbarker@swlaw.com
           rpugel@swlaw.com
12
   *Attorneys for Plaintiffs Origin Consulting, LLC and*
13 *Origin Ventures, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>        Plaintiff<br>vs.<br><br>Beverly Marquez,<br>        Defendant | Case No.: 2:22-cv-00786-APG-BNW<br>[Lead Consolidated Case]<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>        Plaintiff<br>vs.<br><br>Jason Ali,<br>        Defendant | Case No.: 2:22-cv-00789-GMN-EJY<br>[Consolidated with Lead Case 2:22-cv-00786-APG-BNW] |

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>                Plaintiff<br><br>vs.<br><br>Franco Roig,<br><br>                Defendant | Case No.: 2:22-cv-00809-JCM-DJA<br>[Consolidated with Lead Case 2:22-cv-00786-APG-BNW] |
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>                Plaintiff<br><br>vs.<br><br>Robert Thomas,<br><br>                Defendant | Case No.: 2:22-cv-00906-APG-VCF<br>[Consolidated with Lead Case 2:22-cv-00786-APG-BNW] |

**NOTICE IS GIVEN** that Plaintiffs Origin Consulting, LLC and Origin Ventures, LLC f/k/a Origin Holdings, Inc. (collectively "Origin" or "Plaintiffs") hereby substitute James E. Whitmire, III, Esq. of the law firm of SANTORO WHITMIRE, LTD. to represent them for all purposes in the above-entitled action in the place of John S. Delikanakis, Esq., Christian Ogata, Esq., David G. Barker, Esq. and Rachel Peters Pugel, Esq. of the law firm of Snell & Wilmer LLP.

Dated: August 9, 2022

Origin Consulting, LLC
By: _____
Its: _____Chairman_____

Dated: August 9, 2022

Origin Ventures, LLC f/k/a Origin Holdings, Inc.
By: _____
Its: _____Chairman_____

## CONSENT TO SUBSTITUTION

The law firm of SNELL & WILMER LLP acknowledges that Origin is substituting James E. Whitmire, III, Esq. of the law firm of SANTORO WHITMIRE, LTD. to represent Plaintiffs for all purposes in the above-entitled action and consents to the same.

Dated: August 10, 2022          SNELL & WILMER LLP

By: _____
John S. Delikanakis, Esq.
Christian Ogata, Esq.
David G. Barker, Esq.
Rachel Peters Pugel, Esq.

## ACCEPTANCE OF SUBSTITUTION

James E. Whitmire, III, Esq. of the law firm of SANTORO WHITMIRE, LTD. hereby accepts substitution as counsel for Origin for all purposes in the above-entitled action.

Dated: August __, 2022          SANTORO WHITMIRE, LTD.

By: _____
James E. Whitmire, III, Esq.

Dated: August 11, 2022          SO ORDERED:

By: _____
Hon. Andrew P. Gordon

- 3 -