James E. Whitmire, Esq.
Nevada Bar No. 6533
SANTORO WHITMIRE, LTD.
10100 West Charleston Blvd. Suite 250
Las Vegas, Nevada 89134
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
Email:  jwhitmire@santoronevada.com

*Attorneys for Plaintiffs Origin Consulting, LLC and Origin Ventures, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,

Plaintiff

vs.

Beverly Marquez,

Defendant

Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,

Plaintiff

vs.

Jason Ali,

Defendant

Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,

Plaintiff

vs.

Franco Roig,

Case No.: 2:22-cv-00786-APG-BNW
Case No.: 2:22-cv-00789-GMN-EJY
Case No.: 2:22-cv-00809-JCM-DJA
Case No.: 2:22-cv-00906-APG-VCF

**STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL DEADLINES**

**(*First Request*)**

*ACTIVE 684265288v1*

1

2  Defendant

3  Origin Consulting, LLC, a Nevada limited
   liability company; Origin Ventures, LLC f/k/a
   Origin Holdings, Inc., a Nevada limited
   liability company,

4
                        Plaintiff
5
           vs.
6
7  Robert Thomas,

8                       Defendant

9

10        Plaintiffs and Defendants, by and through their respective undersigned counsel, pursuant to

11 LR 26-3, LR IA 6-1 and Fed. R. Civ. P. 26, hereby state the following:

12 I.    **PROCEDURAL HISTORY**

13        The relevant procedural history is summarized below:

14        1.  This case encompasses four cases referenced in the caption.

15        2.  The Complaint in the first action/lead case (this case number) was filed on May 18,

16            2022 (ECF No. 1).

17        3.  Thereafter, other cases were filed, with the fourth case being filed on June 6, 2022.

18        4.  Notice of Related Cases Under Local Rule 42-1 have been filed (e.g., ECF No. 9).

19        5.  A Motion to Consolidate Related Cases was filed on June 28, 2022 (ECF No. 14).

20        6.  An Order Consolidating Cases was entered on or about July 18, 2022 (ECF No. 20).

21        7.  A Stipulation for Substitution of Counsel for Plaintiffs was filed on August 10, 2022

22            (ECF No. 21). A subsequent Order granting the substitution of counsel was entered

23            on August 11, 2022 (ECF No. 22).

24        8.  A Stipulated Discovery Plan and Scheduling Order was thereafter filed by Plaintiffs'

25            new counsel on August 13, 2022 (ECF No. 23).

26        9.  The Court entered an Order approving the parties' Discovery Plan and Scheduling

27            Order on August 15, 2022 (ECF No. 24).

28

*ACTIVE 684265288v1*

1    10. On September 27, 2022, the Court entered an Order approving the parties' Stipulated

2    Protective Order governing confidential information (ECF No. 27).

3    **II.    GROUNDS FOR EXTENSION OF DISCOVERY DEADLINES**

4    LR 26-3 governs requests for extension of discovery deadlines and provides that the

5    applicant must show good cause for the extension.  LR 26-4 also requires the following to be

6    included in such motion or stipulation:

7        (a)    A statement specifying the discovery completed;

8        (b)    A specific description of the discovery that remains
9                  to be completed;

10       (c)    The reasons why discovery remaining was not
              completed within the time set by the discovery plan;
11                 and

12       (d)    A proposed schedule for completing remaining
              discovery.

13   **A.    Good Cause Exists to Extend the Discovery Deadlines.**

14   Plaintiffs, in the Spring of 2022, sued four former employees for alleged federal trade secret

15   misappropriation, state trade secret misappropriation, and breach of contract, and has alleged other

16   related claims against Defendant Thomas.  The cases were filed in May and June of 2022.

17   After Plaintiffs initiated this suit, the Parties discussed and have stipulated to consolidating

18   the cases for purposes of discovery due to anticipated overlaps in discovery sought and produced.

19   The Court consolidated the cases.

20   After consolidation, Plaintiffs substituted new counsel in this matter.  The Defendants are

21   represented by separate counsel.  More particularly, three Defendants are represented by one firm

22   and the other Defendant is represented by another law firm.  Counsel have been cooperatively

23   working with one another in this matter.

24   Plaintiffs' former counsel participated in the Rule 26 Conference.  Plaintiffs' new counsel

25   thereafter completed the process of submitting a proposed discovery plan and scheduling order that

26   was approved by the Court.

27

28

*ACTIVE 684265288v1*

The parties have exchanged their Initial Disclosures.  A Protective Order has been negotiated and approved by the Court governing confidential information.  Since the substitution of counsel, there has been limited discussion of potential case resolution before extensive discovery was undertaken.

Discovery has separately commenced.  Plaintiff has served interrogatories and document production requests on all Defendants in November, 2022.  Defendant Roig served interrogatories and document production requests upon Origin Consulting, Inc. in November, 2022.  Origin Consulting, Inc. served responses Roig's discovery requests on December 22, 2022.  Defendants Ali, Roig, and Thomas served responses to Plaintiff's requests for production of documents on December 22, 2022.  The parties are also coordinating depositions.

Discovery in this multi-party case is not as simple as in a two-party case.  While the issues against each defendant appear to be similar, there are specific issues against each defendant which have required their own investigation and discovery.  Additionally, the Parties are not centrally located—Origin is located in Nevada, Marquez resides in Canada, Ali in Illinois, and Thomas in North Carolina.  Roig is the only defendant who resides in Nevada.

The pace of this case to date has been affected by several factors that are *not* associated with lack of diligence. This is a multi-party case as noted above with witnesses and discovery sources located throughout the United States and into Canada.  New counsel for Plaintiffs has required time to familiarize himself with the work conducted to date and to be completed.  Counsel for all parties have had trials scheduled in other matters.  Counsel for three of the defendants was involved in a Federal Court Jury trial in October/November of 2022.  Counsel for Plaintiffs has been preparing for a three-week arbitration that was set to commence in December 2022, and which is now going to occur in January, 2023.   There has also been limited discussion of potential case resolution.

The parties have conferred regarding an extension of time.  The parties request that the applicable case deadlines be extended by ninety (90) days.

**B.**     **Statements Pursuant to LR 26-3.**

1.     Discovery Completed to Date:

To date, the parties have completed the following discovery:

| Date | Discovery |
|---|---|
| 8/23/22 | Defendant Roig, Ali and Thomas Initial Disclosures |
| 8/29/22 | Defendant Marquez Initial Disclosures |
| 8/30/22 | Plaintiffs' Initial Disclosures |
| 11/16/22 | Notice of Deposition to Defendant Roig |
| 11/22/22 | Plaintiff's First Request for Production to Defendants Marquez, Roig, Ali, Thomas |
| 11/29/22 | Plaintiff's First Set of Interrogatories to Defendants Marquez, Roig, Ali, Thomas |
| 11/22/22 | Defendant Roig's First Request for Production to Plaintiff Origin Consulting, Inc. |
| 11/22/22 | Defendant Roig's First Set of Interrogatories to Plaintiff Origin Consulting Inc. |
| 12/22/22 | Plaintiff's Responses to Roig's First Request for Production |
| 12/22/22 | Plaintiff's Responses to Roig's First Set of Interrogatories |
| 12/22/22 | Defendant Ali's Responses to Plaintiff's First Set of Document Production Requests |
| 12/22/22 | Defendant Thomas' Responses to Plaintiff's First Set of Document Production Requests |
| 12/22/22 | Defendant Roig's Responses to Plaintiff's First Set of Document Production Requests |
| 12/23/22 | Original date for deposition of Defendant Roig (reset to 1/5/23) |

2.     <u>Description of Discovery that Remains to be Completed:</u>  Responses to Plaintiffs' interrogatories are due December 29, 2022. The parties are involved in and anticipate conducting further written discovery.  Plaintiffs will depose defendant Roig on January 5, 2022. Additional depositions will be taken within the time remaining for discovery.  Depositions include party depositions and various third-party depositions. Subpoenas in various jurisdictions may also be issued.  In addition, it is anticipated that expert discovery will occur.

/ /

ACTIVE 684265288v1

3.   <u>Reasons Why Discovery Has Not Been Completed Within Current Time Limits:</u>

Time remains to complete discovery; however, it has become reasonably clear that the deadlines in this case will need to be modified for the parties to fairly and properly prepare the matter before discovery closes.  As noted above, the pace of this case to date has been affected by several factors that are *not* associated with lack of diligence.  In addition to the factors previously noted, the parties have also been attempting to navigate around the Holidays including both Thanksgiving, and Holidays in December and January.

To allow both parties adequate time to perform to shape their case, complete discovery, retain experts, and prepare dispositive motions, the parties agree to amend the Scheduling Order by extending the following pre-trial deadlines an additional ninety (90) days.

4.   <u>Proposed Schedule:</u>  It is stipulated by the parties below that the parties shall consent to the proposed modified scheduling order as follows:

| | |
|---|---|
| Amending Pleadings and Adding Parties | April 23, 2023 (From January 13, 2023) |
| Deadline for Initial Expert Disclosures | May 13, 2023 (From February 13, 2023) |
| Deadline for Rebuttal Expert Disclosures | June 15, 2023 (From March 15, 2023) |
| Deadline to Complete Discovery | July 13, 2023 (From April 13, 2023) |
| Deadline to File Dispositive Motions | August 13, 2023 (From May 12, 2023) |
| Deadline to File Joint Pre-Trial Order | September 13, 2023 (From June 12, 2023) |

**IT IS SO AGREED AND STIPULATED:**

**DATED:  December 23, 2022.**

*ACTIVE 684265288v1*

1

GREENBERG TRAURIG, LLP

2

By: /s/ Jason K. Hicks
   JASON K. HICKS, ESQ.
3   Nevada Bar No. 13149
   10845 Griffith Peak Drive
4   Suite 600
   Las Vegas, Nevada 89135
5   Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
6   Email: hicksja@gtlaw.com

7
   Attorneys for Franco Roig,
8    Robert Thomas, and Jason Ali

9

DICKINSON WRIGHT PLLC

10

By: /s/ John L. Krieger
11     Cynthia Alexander, Esq.
      (Bar No. 6718)
12     John L. Krieger, Esq.
      (Bar No. 6023)
13     3883 Howard Hughes
      Parkway, Suite 800
14     Las Vegas, Nevada 89169

15
   Attorneys for Defendant
16   Beverly Marquez

17

18

19

20

21

22

23

24

25

26

27

28

SANTORO WHITMIRE, LTD.

By: /s/ James E. Whitmire
   James E. Whitmire, , Esq.
   10100 W. Charleston Blvd.
   Suite 250
   Las Vegas, Nevada 8935
   Tel: (702) 948-8771

   Attorneys for Plaintiffs Origin Consulting, LLC
   Origin Ventures, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:

ACTIVE 684265288v1