JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>          Plaintiffs<br>     vs.<br><br>Beverly Marquez,<br>          Defendant<br><br>AND ALL CONSOLIDATED MATTERS | Case No.: 2:22-cv-00786-APG-BNW<br>Case No.: 2:22-cv-00789-GMN-EJY<br>Case No.: 2:22-cv-00809-JCM-DJA<br>Case No.: 2:22-cv-00906-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO COMPEL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs and Jason Ali, Franco Roig and Robert Thomas ("Defendants"), by and through their undersigned counsel, as follows:

1. Defendants filed a Motion to Compel ("Motion") on May 16, 2023. (ECF No. 41).

2. Pursuant to the Federal Rules of Civil Procedure, Plaintiffs have 14 days to file a response to the Motion, or until May 30, 2023.

3. Plaintiffs and Defendants agree to a seven (7) day extension for Plaintiffs to file a Response to the Motion from May 30, 2023 to **June 6, 2023**.

/ / /

/ / /

/ / /

ACTIVE 687800790v1

4. This extension is being sought for good cause and not for the purposes of delay. Plaintiffs' counsel is completing an extended arbitration and is attending his daughter's college graduation during the Memorial Day weekend.

| WHITMIRE LAW, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ James E. Whitmire<br>JAMES E. WHITMIRE, ESQ.<br>Nevada State Bar No. 6533<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 846-0949 / Fax: (702) 727-1343<br>jwhitmire@whitmirelawnv.com<br>*Attorney for Plaintiffs* | /s/ Akke Levin<br>JASON HICKS, ESQ.<br>Nevada Bar No. 13149<br>AKKE LEVIN, ESQ.<br>Nevada Bar No. 09102<br>10845 Griffith Peak Drive Suite 600<br>Las Vegas, Nevada 89135<br>Tel.: (702) 792-3773 / Fax: (702) 792-9002<br>hicksja@gtlaw.com<br>levina@gtlaw.com<br>*Attorney for Defendants Jason Ali, Franco Roig and Robert Thomas* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 30, 2023

ACTIVE 687800790v1