JASON HICKS, ESQ.
Nevada Bar No. 13149
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Jason.Hicks@gtlaw.com
Akke.Levin@gtlaw.com

*Attorneys for Defendants, Jason Ali, Franco Roig, and Robert Thomas*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773 (702) 792-9002 (fax)

**IN THE UNITED STATES DISTRICT COURT**

**FOR DISTRICT OF NEVADA**

| | |
|---|---|
| ORIGIN CONSULTING, LLC, a Nevada limited liability company; ORIGIN VENTURES, LLC f/k/a ORIGIN HOLDINGS, INC., a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY MARQUEZ,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | **CASE NO. 2:22-cv-00786-APG-BNW**<br>[CONSOLIDATED WITH CASE NOS. 2:22-CV-00789-GMN-EJY; 2:22-CV-809 JCM-DJA; 2:22-CV-0089; AND 2:22-CV-00906-APG-VCF] |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL DISCOVERY RESPONSES**

(FIRST REQUEST)

**IT IS HEREBY STIPULATED** between Plaintiffs Origin Consulting, LLC and Origin Ventures, LLC ("Plaintiffs") and Jason Ali, Franco Roig and Robert Thomas ("Defendants"), by and through their undersigned counsel, as follows:

1. On May 16, 2023, Defendants filed a Motion to Compel Discovery Responses ("Motion to Compel"). ECF No. 41.

2. Although Plaintiffs' Opposition to the Motion to Compel was due May 30, 2023, the parties stipulated to give Plaintiffs an additional seven days to file its Opposition. ECF No. 46. The Court granted the stipulation on May 30, 2023. ECF No. 47.

3. Plaintiffs filed their Opposition on June 6, 2023. ECF No. 48.

4. Under LR 7-2(b), Defendants' Reply is currently due on June 13, 2023.

5. The parties stipulate to give Defendants until **June 15, 2023,** to file their Reply.

6. This two-day extension is being sought for good cause and not for the purposes of delay. Defendants' undersigned counsel is facing unexpected motion practice on shortened time in a business matter in state court, as well as upcoming depositions and competing obligations. An extension until June 15, 2023 will not delay or otherwise affect the June 22, 2023, hearing on the Motion to Compel.

DATE: JUNE 8, 2023

**WHITMIRE LAW, PLLC**

By: */s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 06533

*Attorneys for Plaintiffs Origin Consulting, LLC and Origin Ventures, LLC*

DATE: JUNE 8, 2023

**GREENBERG TRAURIG, LLP**

By: */s/ Akke Levin*
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
AKKE LEVIN, ESQ.
Nevada Bar No. 09102

*Attorneys for Defendants Jason Ali, Franco Roig, and Robert Thomas*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2023

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773 (702) 792-9002 (fax)



*ACTIVE 688033213v2*