**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Kevin D. Everage
Nevada Bar No. 15913
Email: keverage@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

*Attorneys for Beverly Marquez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>                               Plaintiffs,<br><br>vs.<br><br>Beverly Marquez,<br><br>                               Defendant.<br><br>AND ALL CONSOLIDATED MATTERS. | Case No: 2:22-cv-00786-APG-BNW<br><br>Consolidated with:<br>Case No.: 2:22-cv-00789-GMN-EJY<br>Case No.: 2:22-cv-00809-JCM-DJA<br>Case No.: 2:22-cv-00906-APG-VCF<br><br>**JOINT STIPULATION OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Defendants, Beverly Marquez ("Marquez"), and Franco Roig, Robert Thomas and Jason Ali (collectively, "Defendants") and Plaintiff Origin Consulting, LLC ("Origin") by and through their attorneys of record, hereby stipulate that attorney Tenesa S. Powell is no longer associated with the law firm of Dickinson Wright PLLC and, Cynthia L. Alexander of Dickinson Wright PLLC is withdrawing as counsel and, accordingly, is disassociated as counsel of record for Marquez in the above-captioned matter. All other named counsel from Dickinson Wright PLLC will remain on the case as counsel of record.

/ / /

/ / /



1

No further copies of notices, pleadings, and documents should be served upon Ms. Powell and Ms. Alexander, including having the Clerk remove them from the Court's CM/ECF distribution.

**IT IS SO STIPULATED AND AGREED.**

DATED this 21st day of July, 2023.     DATED this 21st day of July, 2023.

**DICKINSON WRIGHT PLLC**              **WHITMIRE LAW, PLLC**

/s/ John L. Krieger                    /s/ James Whitmire
John L. Krieger, Esq.                  James Whitmire, Esq.
Email: jkrieger@dickinson-wright.com   Email: jwhitmire@whitmirelawnv.com
Kevin D. Everage, Esq.                 10161 Park Run Drive, Suite 150
Email: keverage@dickinson-wright.com   Las Vegas, Nevada 89145
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169                *Attorneys for Plaintiffs*

*Attorneys for Beverly Marquez*

**GREENBERG TRAURIG, LLP**
/s/Akke Levin
Jason K. Hicks, Esq.
Email: Jason.hicks@gtlaw.com
Akke Levin, Esq.
Email: akke.levin@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Franco Roig,
Robert Thomas, and Jason Ali*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  July 24, 2023