JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10785 West Twain, Ste. 226
Las Vegas, Nevada 89135
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs<br>　vs.<br>Beverly Marquez,<br>　　　　　　　Defendant<br><br>AND ALL CONSOLIDATED MATTERS | Case No.: 2:22-cv-00786-APG-BNW<br>Case No.: 2:22-cv-00789-GMN-EJY<br>Case No.: 2:22-cv-00809-JCM-DJA<br>Case No.: 2:22-cv-00906-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR SUBMISSION OF STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED between the parties, by and through their undersigned counsel, as follows:

　　　　1.　　The parties participated in a settlement conference with Magistrate Judge Cam Ferenbach on October, 25, 2023.

　　　　2.　　A settlement was reached, with formal settlement documents to be prepared in this multi-party case.

　　　　3.　　Draft settlement documents have been exchanged.

　　　　4.　　The parties are in the process of working through proposed revisions.

　　　　5.　　The Thanksgiving Holiday has affected turn-around time between drafts.

　　　　6.　　The parties anticipate working through proposed revisions without the need to submit and competing proposals for decision by the settlement judge.

7. Once finalized, there is a thirty-day window for settlement payments to be made before dismissal.

8. The parties seek a seven (7) day extension to submit a status report concerning finalization of the settlement documents and anticipated date for submission of the formal stipulation and order for dismissal.

9. This extension is being sought for good cause and not for the purposes of delay.

| WHITMIRE LAW, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ James E. Whitmire<br>JAMES E. WHITMIRE, ESQ.<br>Nevada State Bar No. 6533<br>10785 West Twain, Suite 226<br>Las Vegas, Nevada 89135<br>Tel.: (702) 846-0949 / Fax: (702) 727-1343<br>jwhitmire@whitmirelawnv.com<br>*Attorney for Plaintiffs* | /s/ Akke Levin<br>JASON HICKS, ESQ.<br>Nevada Bar No. 13149<br>AKKE LEVIN, ESQ.<br>Nevada Bar No. 09102<br>10845 Griffith Peak Drive Suite 600<br>Las Vegas, Nevada 89135<br>Tel.: (702) 792-3773 / Fax: (702) 792-9002<br>hicksja@gtlaw.com<br>levina@gtlaw.com<br>*Attorney for Defendants Jason Ali, Franco Roig and Robert Thomas* |

**DICKINSON WRIGHT PLLC**

/s/ John L. Krieger
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
KEVIN D. EVERAGE, ESQ.
Nevada Bar No. 15913
*Attorneys for Beverly Marquez*

The Status Report is due December 4, 2023.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2023