JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10785 West Twain, Ste. 226
Las Vegas, Nevada 89135
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs<br>　vs.<br><br>Beverly Marquez,<br>　　　　　　　Defendant<br><br>AND ALL CONSOLIDATED MATTERS | Case No.: 2:22-cv-00786-APG-BNW<br>Case No.: 2:22-cv-00789-GMN-EJY<br>Case No.: 2:22-cv-00809-JCM-DJA<br>Case No.: 2:22-cv-00906-APG-VCF<br><br>**STATUS REPORT** |

The parties, by and through their undersigned counsel, provide the following status report regarding completion of the parties' formal settlement agreement:

1. As previously noted, draft settlement documents have been exchanged.

2. The parties have been in the process of working through proposed revisions.

3. Most revisions are non-substantive and/or non-controversial.

4. There is one provision for which additional discussions are occurring. It is anticipated that the remaining issues will be resolved without the need to submit competing proposals for decision by the settlement judge.

5. Unresolved issues, assuming there are any, will be presented to the settlement judge on or before December 15, 2023.

6. Once finalized, there is a thirty-day outside window before dismissal occurs.

7. Dismissal is anticipated to occur on or before January 15, 2024.

| | |
|---|---|
| **WHITMIRE LAW, PLLC** | **GREENBERG TRAURIG, LLP** |
| /s/ James E. Whitmire | /s/ Jason Hicks |
| JAMES E. WHITMIRE, ESQ. | JASON HICKS, ESQ. |
| Nevada State Bar No. 6533 | Nevada Bar No. 13149 |
| 10785 West Twain, Suite 226 | AKKE LEVIN, ESQ. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 09102 |
| Tel.: (702) 846-0949 / Fax: (702) 727-1343 | 10845 Griffith Peak Drive Suite 600 |
| jwhitmire@whitmirelawnv.com | Las Vegas, Nevada 89135 |
| *Attorney for Plaintiffs* | Tel.: (702) 792-3773 / Fax: (702) 792-9002 |
| | hicksja@gtlaw.com |
| | levina@gtlaw.com |
| | *Attorney for Defendants Jason Ali, Franco Roig and Robert Thomas* |

**DICKINSON WRIGHT PLLC**

/s/ John L. Krieger
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
KEVIN D. EVERAGE, ESQ.
Nevada Bar No. 15913
*Attorneys for Beverly Marquez*

Approved, IT IS HEREBY ORDERED that dismissal documents or updated status report must be filed on or before January 15, 2024.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-5-2023