JASON HICKS, ESQ.
Nevada Bar No. 13149
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Email:          Jason.Hicks@gtlaw.com
                    Akke.Levin@gtlaw.com

*Attorneys for Defendants, Jason Ali, Franco Roig, and Robert Thomas*

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF NEVADA

| | |
|---|---|
| ORIGIN CONSULTING, LLC, a Nevada limited liability company; ORIGIN VENTURES, LLC f/k/a ORIGIN HOLDINGS, INC., a Nevada limited liability company,<br><br>                                    Plaintiffs,<br><br>      v.<br><br>BEVERLY MARQUEZ,<br><br>                                    Defendant.<br><br>AND RELATED ACTIONS. | **CASE NO. 2:22-cv-00786-APG-BNW**<br><br>CONSOLIDATED WITH<br>CASE NO.:  2:22-CV-00789-GMN-EJY;<br>CASE NO.:  2:22-CV-809 JCM-DJA;<br>CASE NO.:  2:22-CV-00906-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

   **IT IS HEREBY STIPULATED** between Plaintiffs Origin Consulting, LLC and Origin Ventures, LLC ("Plaintiffs") and Jason Ali, Franco Roig, Robert Thomas, and Beverly Marquez ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, as follows:

   1.     The parties have fully resolved this matter through a settlement conference that occurred with Magistrate Judge Cam Ferenbach.

   2.     The Parties agree to dismiss this case and the individual consolidated cases set forth in the caption above, with prejudice, each party to bear their own fees and costs.

3. The Parties agree, subject to the Court's approval, that this dismissal Order is effective with respect to the four case captions set forth above and may be separately filed in each such case to effectual case closure, if needed.

DATE: JANUARY 16, 2024

**WHITMIRE LAW, PLLC**

By: /s/ James E. Whitmire
    JAMES E. WHITMIRE, ESQ.
    Nevada Bar No. 06533

*Attorney for Plaintiffs*
*Origin Consulting, LLC and Origin*
*Ventures, LLC*

DATE: JANUARY 16, 2024

**DICKINSON WRIGHT PLLC**

By: /s/ John L. Krieger
    JOHN L. KRIEGER, ESQ.
    Nevada Bar No. 6023
    KEVIN D. EVERAGE, ESQ.
    Nevada Bar No. 15913

*Attorneys for Beverly Marquez*

DATE: JANUARY 16, 2024

**GREENBERG TRAURIG, LLP**

By: /s/ Jason Hicks
    JASON K. HICKS, ESQ.
    Nevada Bar No. 13149
    AKKE LEVIN, ESQ.
    Nevada Bar No. 09102

*Attorneys for Defendants Jason Ali,*
*Franco Roig, and Robert Thomas*

## ORDER

Based on the stipulation of counsel and good cause appearing, the foregoing consolidated cases, and each of them, are hereby DISMISSED WITH PREJUDICE; each party to bear their own fees and costs.

UNITED STATES DISTRICT JUDGE
DATED: January 17, 2024